UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA MARIAH MARTINEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>MACY'S, INC., et al.,<br><br>            Defendants. | Case No.16-cv-01648 NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Athena Martinez filed a complaint on March 31, 2016. A second case management conferences was scheduled for August 17 at 10:00 a.m. Plaintiff failed to appear at the conference and has failed to file proof of service as required by Fed. R. Civ. P. 4. Thus, the Court ORDERS plaintiff to show cause by August 24, 2016, why this case should not be dismissed without prejudice for failure to prosecute and failure to file proof of service. The case management conference is reset to August 31, 2016 at 10:00 am.

**IT IS SO ORDERED.**

Dated: August 17, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.16-cv-01648 NC