UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATHENA MARIAH MARTINEZ,

    Plaintiff,

    v.

MACY'S, INC., et al.,

    Defendants.

Case No.16-cv-01648-NC

**ORDER TO SHOW CAUSE**

The Court ORDERS plaintiff Athena Martinez to show cause why this case should not be dismissed as to defendant Macy's Inc. who appears to not have been served in compliance with the Court's prior order, dkt. no. 11, and Federal Rule of Civil Procedure 4(m). Proof of service or a status report must be submitted by October 7, 2016.

Additionally, by the same date, defendants must file a corporate disclosure statement. Fed. R. Civ. P. 7.1.

**IT IS SO ORDERED.**

Dated: September 30, 2016

                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge

Case No.16-cv-01648-NC